IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

SALLY ALLEN, ET AL.                                                                                    PLAINTIFFS

VS.                            CASE NO. 2:07CV0015 JMM

BOAR'S HEAD PROVISIONS
COMPANY, INC., ET AL.                                                                                  DEFENDANTS

ORDER

The Motion for Admission *Pro Hac Vice* filed by Michael Hamilton on behalf of the plaintiffs is granted (#4).  For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Roger K. Doolittle is hereby permitted to appear and participate in this action as counsel for plaintiffs.

IT IS SO ORDERED this   15   day of February, 2007.


                                                            James M. Moody
                                                            United States District Judge